PROB 12B
(7/93)

Report Date: February 19, 2013

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 19 2013**

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darin Michael Gleich          Case Number: 2:05CR02083-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 6/19/2006          Type of Supervision: Supervised Release

Original Offense: Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)          Date Supervision Commenced: 1/2/2013

Original Sentence: Prison - 97 Months; TSR - 36 Months          Date Supervision Expires: 1/1/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17     You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18     You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

Mr. Gleich completed an evaluation with our local vendor, who recommended Mr. Gleich complete the relapse prevention services. The treatment provider has a total abstinence policy. A review of Mr. Gleich's supervised release condition revealed he is to maintain abstinence from illegal substance but not alcohol, therefore, he has agreed to the condition modifications noted above to support his sobriety and comply with his treatment modality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/19/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

Prob 12B
**Re: Gleich, Darin Michael**
**February 19, 2013**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_Edward F. Shea for JRHW_
Signature of Judicial Officer

_February 19, 2013_
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

FEB 19 2013

### Eastern District of Washington

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____        Signed: _____
            Stephen Krous                           Darin Michael Gleich
         U.S. Probation Officer                Probationer or Supervised Releasee

_____February 19, 2013_____
                Date