PROB 12B
(7/93)

Report Date:  February 19, 2013

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of  Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Darin Michael Gleich          Case Number:  2:05CR02083-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence:  6/19/2006          Type of Supervision:  Supervised Release

Original Offense: Possession of Firearm in          Date Supervision Commenced:  1/2/2013
Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924(c)(1)

Original Sentence:  Prison - 97 Months; TSR - 36          Date Supervision Expires:  1/1/2016
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
        directed by the supervising officer, but no more than six tests per month, in order to confirm continued
        abstinence from this substance.

18      You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

### CAUSE

Mr. Gleich completed an evaluation with our local vendor, who recommended Mr. Gleich complete the relapse
prevention services.  The treatment provider has a total abstinence policy.  A review of Mr. Gleich's supervised
release condition revealed he is to maintain abstinence from illegal substance but not alcohol, therefore, he has agreed
to the condition modifications noted above to support his sobriety and comply with his treatment modality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/19/2013
                _____

                s/Stephen Krous
                _____

                Stephen Krous
                U.S. Probation Officer

Prob 12B
**Re:  Gleich, Darin Michael**
**February 19, 2013**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[  ]     Other

*Edward F. Shea for JRHW*

Signature of Judicial Officer

*February 19 2013*

Date